IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| James and Genevieve Patla, | ) | Bankruptcy No. 10 B 26458 |
| | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Judge Eugene R. Wedoff |
| | ) | |

**DEBTOR'S FINAL REPORT PURSUANT TO BANKRUPTCY RULE 1019**

NOW COMES the Debtors, James and Genevieve Patla, by and through their attorneys, David P. Lloyd, Ltd., and, pursuant to Rule 1019 of the Rules of Bankruptcy Procedure, make the following final report.

1. This case was filed as a Chapter 13 on June 11, 2010.

2. The case was converted to a Chapter 7 on the notice of voluntary conversion by the Debtors on December 12, 2013.

3. The Debtors incurred the following debts after the filing of the petition and before conversion of the case:

Nicor Gas
P.O. Box 190
Aurora, IL 60507-0190
$294.91
Services on home that Debtors are surrendering

ComEd
PO Box 6111
Carol Stream, IL 60197-6111
$30.19
Services on home Debtors are surrendering

Village of Tinley Park
16250 S. Oak Park Ave.
Tinley Park, IL 60477-1628
$62.68
Services on home Debtors are surrendering

Vincent F. Giuliano
7222 West Cermak Road
North Riverside, IL 60546
$665.00
Legal services

5. The Debtors obtained the following property after the filing of the petition and before

conversion of the case:

2013 Hyundai Elanta
Lender: Chase Auto Finance
P.O. Box 9001937
Louisville, KY 40290-1937
Balance: $18,640.22
Car Loan and Debtors intend to reaffirm this debt

6. The Debtor entered into the following executory contracts and unexpired leases after the

filing of the petition and before conversion of the case:

Richard & Regina Helland - Landlords
Lease of home through August 2015


                                                Respectfully submitted,
                                                James and Genevieve Patla


                                                By: /s/ David P. Lloyd
                                                       One of their attorneys


David P. Lloyd
David P. Lloyd, Ltd.
615B S La Grange Rd
La Grange, IL 60525
(708) 937-1264
Fax: (708) 937-1265